# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

ARMANDO ROEL,

    Petitioner,

v.

JOHN SALAZAR, Warden,

    Respondent.

No. CV 07-7642-VBF (PLA)

**JUDGMENT**

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 6-22-10

/s/ Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE